**BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC, Bendix Spicer Foundation Brake, LLC, and Knorr–Bremse Systeme Fur Nutzfahrzeuge GMBH, Plaintiffs–Appellees,**

v.

**HALDEX BRAKE PRODUCTS CORPORATION, Defendant–Appellant.**

No. 2011–1323.

United States Court of Appeals, Federal Circuit.

Dec. 20, 2011.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).